**Dismiss and Opinion Filed April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00313-CV

### DR. JANINE CHARBONEAU, D.V.M., Appellant

### V.

### DONALD PAUL ZRINY, LOURDES HILL ZRINY, COLLIN COUNTY ANIMAL SERVICES, DANNY DAVIS, MISTY BROWN, COLLIN COUNTY SHERIFF DEPARTMENT, TERRY BOX, THE CITY OF LUCAS, CHRIS WARE, RUSSELL DRIVER, JAMES KIRK, NATHAN HOLDER, JIM KAYA, CHERYL REEVES, SCOTT GRAHAM, RON HOSS, SISTER HOSS, PAMELA PAXMAN, CRAIG PAXMAN, THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, AFFORDABLE DUMPSTER SERVICE, PATSY JEAN WYATT, DR. ERIN FOSTER SHULTS, D.V.M., MAZIE'S MISSION, BRUCE FOSTER, DEB BLAKENEY, LISA BLOOMER, MARCUS BROUSSARD, TEXAS SPORTING BREED RESCUE, INC., SHEREE'S DOG RESCUE, LINDA VAN ASVELD, AND JOHN AND JANE DOE 1-50, Appellees

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-04035-2013

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

This is an appeal from the trial court's interlocutory "order regarding service on defendants." By order entered March 24, 2014, we questioned our jurisdiction over this appeal and directed appellant to file a letter brief addressing our concern. Appellant responded by moving to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We grant the motion and dismiss the appeal.  *See id.*


140313F.P05

/Molly Francis/

MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DR. JANINE CHARBONEAU, D.V.M., Appellant

No. 05-14-00313-CV          V.

DONALD PAUL ZRINY, LOURDES HILL ZRINY, COLLIN COUNTY ANIMAL SERVICES, DANNY DAVIS, MISTY BROWN, COLLIN COUNTY SHERIFF DEPARTMENT, TERRY BOX, THE CITY OF LUCAS, CHRIS WARE, RUSSELL DRIVER, JAMES KIRK, NATHAN HOLDER, JIM KAYA, CHERYL REEVES, SCOTT GRAHAM, RON HOSS, SISTER HOSS, PAMELA PAXMAN, CRAIG PAXMAN, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AFFORDABLE DUMPSTER SERVICE, PASTY JEAN WYATT, DR. ERIN FOSTER SHULTS, D.V.M., MAZIE'S MISSION, BRUCE FOSTER, DEB BLAKENEY, LISA BLOOMER, MARCUS BROUSSARD, TEXAS SPORTING BREED RESCUE, INC., SHEREE'S DOG RESCUE, LINDA VAN ASVELD, AND JOHN AND JANE DOE 1-50, Appellees

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-04035-2013.
Opinion delivered by Justice Francis.   Justices Moseley and Lang participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
We **ORDER** that appellees recover their costs, if any, of this appeal from appellant.

Judgment entered April 14, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE